## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REEFEDGE NETWORKS, LLC,                )
                                       )
                  Plaintiff,           )
                                       )        C.A. No. 12-1143-LPS
         v.                            )
                                       )
ADTRAN, INC.,                          )
                                       )
                  Defendant.           )
                                       )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2013, a copy of Defendants' First Set of

Common Interrogatories to Plaintiff ReefEdge Networks, LLC was served upon the following

counsel in the manner indicated below:

**VIA E-MAIL**
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Marc A. Fenster
Andrew D. Weiss
Alexander C. Giza
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
mfenster@raklaw.com
aweiss@raklaw.com
agiza@raklaw.com

Dated: September 19, 2013

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant*

2