## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REEFEDGE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-1143-LPS |
| v. | ) | |
| | ) | |
| ADTRAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 1, 2013, a copy of Defendants' First Set of

Common Requests for Production to Plaintiff ReefEdge Networks, LLC was served upon the

following counsel in the manner indicated below:

**VIA E-MAIL**
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Marc A. Fenster
Andrew D. Weiss
Alexander C. Giza
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
mfenster@raklaw.com
aweiss@raklaw.com
agiza@raklaw.com

Dated: October 2, 2013

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)

1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant*